# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 14, 2025

### NO. 03-24-00063-CV

**GFF Texas Holdings, LLC, Appellant**

**v.**

**Frank Lawson, Warren Lawson and Jubilee Springs, LLC, Appellees**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on January 16, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.